FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 MAR -8 PM 3:43

JEFFREY P. COLWELL,
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

__Kristin Flynn_____, Plaintiff

v.

__Weld County Sheriffs office_____,

__Weld County Courts_____,

__Thomas Quammen_____,

__Michael Rourke_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

__Kristin Flynn_____, Plaintiff

v.

__Weld County District Attorney__,

__Steve Reams_____,

__Unknown Sherman_____,

__Unknown Porter_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

1A.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kristin Flynn  4936 W. 6th Street greeley, CO 80634
(Name and complete mailing address)

(970) 539-1527   lordsadvocate@outlook.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Weld County Sheriffs Office  1950 "O" Street, greeley, CO, 80631
(Name and complete mailing address)

970-356-4015
(Telephone number and e-mail address if known)

Defendant 2: Weld County Combined Courts  901 9th St. greeley, CO 80632
(Name and complete mailing address)

970-475-2400   19JDclerkofcourt@judicial.state.co.us
(Telephone number and e-mail address if known)

Defendant 3: Thomas Quammen  910 10th Ave, greeley, CO 80632
(Name and complete mailing address)

970-475-2650
(Telephone number and e-mail address if known)

Defendant 4: Michael Rourke  PO BOX 1167, greeley, CO 80632   915 10th street, greeley, CO 80632
(Name and complete mailing address)

970-356-4010   wcidda@weldgov.com
(Telephone number and e-mail address if known)

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kristin Flynn 4934 W. 11th St. greeley, CO 80634
(Name and complete mailing address)

970-539-1527   lordsadvocate@outlook.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant #5: Weld County District Attorney 915 10th St. greeley CO 80632
(Name and complete mailing address)

970-356-4010   weidda@weldgov.com
(Telephone number and e-mail address if known)

Defendant #6: Steve Reams   1950 "O" Street, greeley, CO 80631
(Name and complete mailing address)

970-356-4015
(Telephone number and e-mail address if known)

Defendant #7:   Sherman 1950 "O" Street, greeley, CO 80631
(Name and complete mailing address)

970-356-4015
(Telephone number and e-mail address if known)

Defendant #8:   Porter 1950 "O" Street, greeley, CO 80631
(Name and complete mailing address)

970-356-4015
(Telephone number and e-mail address if known)

2A

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[X]   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

__U.S.C.A I__

[ ]   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __U.S.C.A I__

Supporting facts:

1. Kristin Flynn petition my government for redress of grievance and seek relief. I am not knowledgeable with law. My government teaches very little about my rights in school. I do not know all of my rights that have been broken but I ask my higher court to help me with this as the Local Rules of practice manuel is 85 pages and I will have to enlist the help of my family and friends.

I have listed all defendants I feel are of relevant but request permission to add to this complaint.

4

E.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Undetermined at this time.

F.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Kristin Flynn*
(Plaintiff's signature)

3/5/2020
(Date)

(Revised December 2017)