# UNITED STATES DISTRICT COURT
for the
District of Colorado

Kristin Flynn
_____
Plaintiff(s)

v.

Sergeant Porter
Weld County Sheriff's Office
Weld County Courts
Thomas Quammen
Michael Rourke
Weld County district attorney
Steve Reams
Deputy Sherman
_____
Defendant(s)

Civil Action No. 21-cv-00696-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

listed on page #2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin Flynn
4930 W. 11th Street, Greeley CO 80634
lordsadvocate@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ____03/09/2021____        ____s/T. Vo, Deputy Clerk____
                                *Signature of Clerk or Deputy Clerk*